UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                               No. 15-CR-491-LTS

TYRONE MCCULLUM,

                                                                                                   ORDER

               Defendant.

-------------------------------------------------------x

        The Court has received Mr. McCullum's motion for a sentence reduction pursuant to 18 U.S.C. § 3582. (Docket Entry No. 825.) The Government must file its written response to the foregoing application by **March 22, 2021, at 5:00 p.m.** A complete, unredacted courtesy copy must be emailed to Chambers via SwainNYSDCorresp@nysd.uscourts.gov. Any reply must be filed by **April 5, 2021, at 5:00 p.m.** Medical and other sensitive personal information may be redacted from the publicly filed submissions, emailed directly to Chambers, and filed under seal. Counsel must file the redacted portions of the submissions in hard copy with the Clerk of Court, in accordance with the sealed filing instructions on the Court's website.

        SO ORDERED.

Dated: New York, New York
           March 8, 2021

                                                                                               /s/ Laura Taylor Swain
                                                                                            LAURA TAYLOR SWAIN
                                                                                            United States District Judge